COMMONWEALTH of Pennsylvania,
Respondent

v.

James Edwards COLE, Petitioner

No. 511 WAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**